IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:06CR191** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **ROBERT GREEN,** | ) | |
| | ) | |
| Defendant. | ) | |

On March 26, 2007, Karen M. Shanahan, Assistance Federal Public Defender, made an oral motion to withdraw as counsel for the defendant, Robert Green [48]. Good cause being shown, the oral motion will be granted and the court will appoint new counsel for the defendant.

IT IS ORDERED:

1. Karen M. Shanahan, Assistant Federal Public Defender, shall be deemed withdrawn as attorney of record.

2. Jerry M. Hug is appointed as attorney of record for the above-named defendant in this matter and shall forthwith file an entry of appearance.

3. Karen M. Shanahan shall forthwith provide Jerry M. Hug with the discovery materials provided the defendant by the government and such other materials obtained by Ms. Shanahan which are material to the defendant's defense.

4. The Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

DATED this 29th day of March, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge