IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:06CR191 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ROBERT C. GREEN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the defendant's Application for Extension of Deadline to File Brief, Filing No. 95. Defendant asserts in his motion that the government does not oppose the request. The Court finds that the defendant's motion should be granted.

THEREFORE, IT IS ORDERED:

1. The defendant's Application for Extension of Deadline to File Brief, Filing No. 95, is granted; and

2. The Defendant shall file his reply brief within 30 days of the date of this Order.

DATED this 18th day of June, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge