IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:06CR191 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| ROBERT C. GREEN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This court previously granted defendant's motion to proceed in forma pauperis on appeal, pending submission of defendant's current trust account statement. Filing No. 106. Defendant has now filed his prisoner account statement, Filling No. 111. The court has reviewed defendant's trust statement and finds his in forma pauperis status will continue on appeal.

THEREFORE, IT IS ORDERED that the defendant 's in forma pauperis status is continued on appeal.

DATED this 29th day of March, 2010.

BY THE COURT:

s/Joseph F. Bataillon
Chief United States District Judge