IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>ROBERT C. GREEN,<br><br>  Defendant. | 8:06CR191<br><br>JUDGMENT |

Pursuant to the Memorandum and Order filed on this date granting in part defendant's Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody under 28 U.S.C. § 2255,

IT IS ORDERED that judgment is entered in favor of defendant Robert C. Green and against the United States consistent with the Court's Order, Filing No. 132, and the related Amended Judgment in a Criminal Case proceeding this filing.

Dated this 26th day of June, 2020.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge